JUDGE BUCKLO
MAGISTRATE JUDGE COX
Case: 1:22-cr-00154 Document #: 1 Filed: 03/18/22 Page 1 of 2 PageID #:1
Case 0:16-cr-00157-DWF-KMM Doc. 483 Filed 03/18/22 Page 1 of 1
FILED 3/18/2022 EY
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
1:22-CR-154

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| | DOCKET NO. (Transferring Court) |
| | 0864 0:16CR00157-001(DWF) |
| | DOCKET NO. (Receiving Court) |
| | |

| NAME AND LOCATION OF<br>Magnus Daniel Humphrey<br>Illinois | DISTRICT<br>MINNESOTA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Donovan W. Frank | |
| | DATES OF TERM OF SUPERVISED RELEASE | FROM<br>12/16/2021 | TO<br>12/15/2026 |

OFFENSE

Possession with Intent to Distribute Heroin

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF <u>MINNESOTA</u>

  IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Illinois</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| March 18, 2022 | s/Donovan W. Frank |
|---|---|
| Date | United States District Judge Donovan W. Frank |

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that jurisdiction of the above defendant be accepted and assumed by this Court from and after the entry of this order.

| March 18, 2022 | *[signature]* |
|---|---|
| Effective Date | United States District Judge |

RANDOM